United States District Court

Eastern District of California

Jeffrey D. Land,

    Petitioner,                   No. Civ. S 01-1411 MCE PAN P

  vs.                               Order

Cheryl Pliler,

    Respondent,

-oOo-

    Judgment in this habeas action entered April 13, 2005.

    April 22, 2005, petitioner filed a "request for court records" in connection with proceeding in appellate court. The court construes this as a request for an extension to file a notice of appeal. FRAP 4(a)(5). Good cause appearing the court hereby orders that petitioner's request is granted. Petitioner's May 5, 2005, notice of appeal is timely.

    So ordered.

    Dated: May 10, 2005.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge