IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY D. LAND,                     No. CIV-S-01-1411 MCE/PAN P

    Petitioner,

  v.                                 <u>ORDER</u>

CHERYL PLILER,

    Respondent.
_____/

    Good cause appearing, petitioner's May 25, 2005, application for a certificate of appealability is denied for reasons explained in the court's May 16, 2005, order.

    IT IS SO ORDERED.

DATE: July 26, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1